ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

APR 22 2025

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| *v.* | Criminal Indictment |
| SALVIO GARCIA, A/K/A "SG" | No.   1 25 - CR - 181 |

THE GRAND JURY CHARGES THAT:

## Count One

1. Beginning on a date unknown, but at least by on or about May 24, 2024, and continuing until on or about December 13, 2024, in the Northern District of Georgia and elsewhere, the defendant, SALVIO GARCIA, A/K/A "SG", and others known and unknown to the grand jury, did knowingly conspire and agree to ship, transport, transfer, cause to be transported, and otherwise dispose of at least one firearm to another person, in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony (as defined in Title 18, United States Code, Section 932(a)(1)(B)).

## Background

2. The FN M249S is a belt-fed rifle chambered in 5.56mm. The rifle will also accept a 30-round magazine. The FN M249S rifle is the semi-automatic version of the United States Army's M249 Squad Automatic Weapon (SAW).

3. The FN M249S rifle is available for commercial purchase and retails for approximately $10,000 to $12,000.

4. The FN M249S rifle is manufactured in the state of South Carolina.

5. The FN M249S rifle can be illegally converted to fully automatic.

6. The Barrett, model M107A1, .50 caliber rifle is an anti-material rifle used for long range shooting. The M107A1 rifle is used by the United States military as well as other NATO partners.

7. The FN M249S rifle and Barrett model M107A1 rifle are desired by Mexico-based drug cartels who work to acquire the firearms in the United States, smuggle the firearms into Mexico, and employ the firearms against both the Mexican government and other cartels.

### Manner and Means

8. On or about October 16, 2024, Defendant GARCIA instructed Person 1 to purchase a Barrett, model M107A1, .50 caliber rifle, from a Federal Firearms Licensee in the Northern District of Georgia. Person 1 purchased the firearm and transferred the firearm to Defendant GARCIA.

9. On or about October 25, 2024, Defendant GARCIA instructed Person 1 to purchase a FN M249S rifle from a Federal Firearms Licensee in the Northern District of Georgia. Person 1 purchased the firearm and transferred the firearm to Defendant GARCIA.

10. On or about November 11, 2024, Defendant GARCIA instructed Person 1 to purchase a FN M249S rifle from a Federal Firearms Licensee in the Northern District of Georgia. Person 1 purchased the firearm and transferred the firearm to Defendant GARCIA.

2

11. On or about November 19, 2024, Defendant GARCIA instructed Person 2 to purchase a Barrett, model M107A1, .50 caliber rifle, from a Federal Firearms Licensee in the Northern District of Georgia. Person 2 purchased the firearm and transferred the firearm to Defendant GARCIA.

12. On or about November 25, 2024, Defendant GARCIA instructed Person 1 to purchase a FN M249S rifle from a Federal Firearms Licensee in the Northern District of Georgia. Person 1 purchased the firearm and transferred the firearm to Defendant GARCIA.

13. On or about December 2, 2024, Defendant GARCIA instructed Person 2 to purchase a FN M249S rifle from a Federal Firearms Licensee in the Northern District of Georgia. Person 2 purchased the firearm and transferred the firearm to Defendant GARCIA.

14. On or about December 11, 2024, Defendant GARCIA instructed Person 3 to purchase a FN M249S rifle from a Federal Firearms Licensee in the Northern District of Georgia. Person 3 purchased the firearm and transferred the firearm to Defendant GARCIA.

All in violation of Title 18, United States Code, Sections 933(a)(1), 933(a)(3), and 933(b).

### Count Two

15. The factual allegations in paragraphs 2 through 14 of this Indictment are re-alleged as though fully set forth herein.

16. On or about December 11, 2024, in the Northern District of Georgia, the defendant, SALVIO GARCIA, A/K/A "SG", aided and abetted by others known

3

and unknown, did knowingly engage and attempt to engage in a monetary transaction for a FN M249S rifle, by, through, and to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, such property having been derived from a specified unlawful activity, that is, the possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), all in violation of Title 18, United States Code, Section 1957 and Section 2.

## Forfeiture

Upon conviction of the offense alleged in Count One of this Indictment, the defendant, SALVIO GARCIA, A/K/A "SG", shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of the offense, and pursuant to Title 18, United States Code, Section 934(a), any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation, including, but not limited to, the following:

MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of the offense alleged in Count One of this Indictment.

Upon conviction of the offense alleged in Count Two of this Indictment, the defendant, SALVIO GARCIA, A/K/A "SG", shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1), any

4

property, real or personal, involved in such offenses, or any property traceable to such property, including, but not limited to, the following:

MONEY JUDGMENT: A sum of money in United States currency, representing the amount of property obtained as a result of the offense alleged in Count Two of this Indictment.

If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

A _____ BILL

_____
FOREPERSON

RICHARD S. MOULTRIE, JR.
*Acting United States Attorney*

*Calvin A. Leipold, III*
CALVIN A. LEIPOLD, III
*Assistant United States Attorney*
Georgia Bar No. 442379

*Bethany L. Rupert*
BETHANY L. RUPERT
*Assistant United States Attorney*
Georgia Bar No. 971630

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000

6